# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:                                    )
                                          )
Glenn Lee Strader                         )            Case No. 16-11008
Krista Lynne Rose Strader                 )            Chapter 13
                                          )
                    Debtors.              )

## REPORT OF UNCLAIMED FUNDS

<u>Anita Jo Kinlaw Troxler</u>, Trustee in the above case respectfully reports as follows:

1.  The Trustee has made disbursements in the case pursuant to the confirmed plan and orders of the Court.  Disbursements to the following were not negotiated and remain unclaimed for more than 90 days after the final dividend was distributed and are reported as unclaimed funds:

| Payee Name and Address | Check No. | Check Amount |
|---|---|---|
| Morehead Memorial Hospital 117 E. Kings Hwy. Eden, NC 27288 | 941573 | 1,208.87 |
| Total: | | $   1,208.87 |

2.  Pursuant to 11 U.S.C. §347(a), the Trustee has turned over to the Clerk, United States Bankruptcy Court, the above unclaimed funds.

Date:  November 18, 2021                          s/ Anita Jo Kinlaw Troxler
                                                 Trustee